# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: PASILLAS, HUMBERTO EDUARDO | § | Case No. 12-84563-TML |
| GUTIERREZ-PASILLAS, DOLORES KATHERI | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/24/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  05/28/2015      By:   /s/ STEPHEN G. BALSLEY
                                                                  Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PASILLAS, HUMBERTO EDUARDO   § Case No. 12-84563-TML
GUTIERREZ-PASILLAS, DOLORES KATHERI   §
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 180,000.00 |
| *and approved disbursements of* | $ 94,667.86 |
| *leaving a balance on hand of* [1] | $ 85,332.14 |
| **Balance on hand:** | $ 85,332.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 85,332.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 8,664.81 | 0.00 | 8,664.81 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,779.50 | 0.00 | 4,779.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,444.31 |
| Remaining balance: | $ 71,887.83 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 71,887.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 71,887.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,114.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,728.13 | 0.00 | 6,728.13 |
| 2 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 4,573.49 | 0.00 | 4,573.49 |
| 4 | Capital One Bank (USA), N.A. | 602.95 | 0.00 | 602.95 |
| 5 | US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 3,209.85 | 0.00 | 3,209.85 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 15,114.42 |
| | Remaining balance: | $ | 56,773.41 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 56,773.41 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 56,773.41 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $69.69.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 56,703.72.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY

Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Humberto Eduardo Pasillas  
Dolores Katherine Gutierrez-Pasillas  
     Debtors

Case No. 12-84563-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 2     Date Rcvd: Jun 01, 2015  
Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2015.

```
db/jdb         +Humberto Eduardo Pasillas,    Dolores Katherine Gutierrez-Pasillas,    511 Meadow Lane,
                 Harvard, IL 60033-8356
19779023       +BANK OF America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,
                 Simi Valley, CA 93065-6285
19779031       +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
19779034      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
19779028       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19779032       +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19779027       +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
22791094        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19779020       +Carmax AUTO Finance,    Attn: Bankruptcy Dept.,    2040 Thalbro St,    Richmond, VA 23230-3200
19779024       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19779025       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19827144       +M&T Bank,    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
23068271      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                 Successor to CAPITAL ONE, NATIONAL ASSOC,    POB 41067,    Norfolk, VA 23541))
19779026       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
19779022       +US DEPT OF ED/Glelsi,    Attn: Bankruptcy Dept.,    Po Box 7860,    Madison, WI 53707-7860
22898531       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22755154        E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:17:22     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19779043       +E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:17:22     Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
19779029       +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:55:49     Gecrb/SAMS CLUB DC,
                 Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
19779021        E-mail/Text: camanagement@mtb.com Jun 02 2015 02:05:28     M & T BANK,    Attn: Bankruptcy Dept.,
                 1 Fountain Plz,    Buffalo, NY 14203
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19779037*      +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
19779036*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
19779039*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond, VA 23285)
19779030*      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19779033*      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19779040*      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19779041*      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19779042*      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
19779035*      +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
19779038*      +Capital One,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                   TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2015                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Jun 01, 2015
                              Form ID: pdf006            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2015 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor   M&T Bank anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          Jason K Nielson    on behalf of Joint Debtor Dolores Katherine Gutierrez-Pasillas
           ndil@geracilaw.com
          Jason K Nielson    on behalf of Debtor Humberto Eduardo Pasillas ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
          Toni  Townsend    on behalf of Creditor   M&T Bank toni.townsend@pierceservices.com,
           northerndistrict@atty-pierce.com
                                                                                             TOTAL: 8
```