**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PASILLAS, HUMBERTO EDUARDO | § | Case No. 12-84563-TML |
| GUTIERREZ-PASILLAS, DOLORES KATHERI | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $154,471.00          Assets Exempt: $54,849.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$16,901.06          Claims Discharged
                                                    Without Payment: $38,109.00

Total Expenses of Administration:$91,395.22

3) Total gross receipts of $   180,000.00   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $   71,703.72  (see **Exhibit 2**), yielded net receipts of  $108,296.28
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,716.95 | $1,716.95 | $1,716.95 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 91,395.22 | 91,395.22 | 91,395.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 77,619.00 | 54,724.82 | 15,184.11 | 15,184.11 |
| **TOTAL DISBURSEMENTS** | $77,619.00 | $147,836.99 | $108,296.28 | $108,296.28 |

4)  This case was originally filed under Chapter 7 on December 06, 2012. The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/05/2015              By:  /s/STEPHEN G. BALSLEY
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim of Debtor | 1242-000 | 180,000.00 |
| **TOTAL GROSS RECEIPTS** | | $180,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dolores Gutierrez-Pasillas | Debtor's claimed exemption in class action suit | 8100-002 | 15,000.00 |
| GUTIERREZ-PASILLAS, DOLORES | Dividend paid 100.00% on $56,703.72; Claim# SURPLUS; Filed: $56,703.72; Reference: | 8200-002 | 56,703.72 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $71,703.72 |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CDL Yaz QSF | 4220-000 | N/A | 1,716.95 | 1,716.95 | 1,716.95 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,716.95 | $1,716.95 | $1,716.95 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 8,664.81 | 8,664.81 | 8,664.81 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 4,779.50 | 4,779.50 | 4,779.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| CDL Yaz QSF | 3210-600 | N/A | 7,200.00 | 7,200.00 | 7,200.00 |
| CDL Yaz QSF | 3210-600 | N/A | 64,800.00 | 64,800.00 | 64,800.00 |
| CDL Yaz QSF | 3220-610 | N/A | 2,317.23 | 2,317.23 | 2,317.23 |
| CDL Yaz QSF | 3220-610 | N/A | 3,600.00 | 3,600.00 | 3,600.00 |
| Rabobank, N.A. | 2600-000 | N/A | 33.68 | 33.68 | 33.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $91,395.22 | $91,395.22 | $91,395.22 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,601.00 | 6,728.13 | 6,728.13 | 6,728.13 |
| 1I | Discover Bank | 7990-000 | N/A | 31.02 | 31.02 | 31.02 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 7,289.00 | 7,401.62 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 4,506.00 | 4,573.49 | 4,573.49 | 4,573.49 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 21.09 | 21.09 | 21.09 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 565.00 | 602.95 | 602.95 | 602.95 |
| 4I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 2.78 | 2.78 | 2.78 |
| 5 | US DEPT OF EDUCATION | 7100-000 | 4,750.00 | 9,538.97 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 11,265.00 | 11,440.53 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 1,411.00 | 1,467.47 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 3,123.00 | 3,209.85 | 3,209.85 | 3,209.85 |
| 8I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 14.80 | 14.80 | 14.80 |
| 9 | Chase Bank USA, N.A. | 7200-000 | N/A | 5,022.24 | 0.00 | 0.00 |
| 10 | Chase Bank USA, N.A. | 7200-000 | N/A | 3,208.55 | 0.00 | 0.00 |
| 11 | Chase Bank USA, N.A. | 7200-000 | N/A | 1,461.33 | 0.00 | 0.00 |
| NOTFILED | CITI | 7100-000 | 4,949.00 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 6,506.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays BANK Delaware | 7100-000 | 3,398.00 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 4,674.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 3,135.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 1,411.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays BANK Delaware | 7100-000 | 2,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/SAMS CLUB DC | 7100-000 | 1,437.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 4,891.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $77,619.00 | $54,724.82 | $15,184.11 | $15,184.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

## Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-84563-TML

**Case Name:** PASILLAS, HUMBERTO EDUARDO
GUTIERREZ-PASILLAS, DOLORES KATHERI

**Period Ending:** 11/05/15

**Trustee:**     (330410)   STEPHEN G. BALSLEY

**Filed (f) or Converted (c):**  12/06/12 (f)

**§341(a) Meeting Date:**  01/07/13

**Claims Bar Date:**  03/19/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 511 Meadow Lane, Harvard, IL 60033 | 138,103.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account - Charter One Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CDs, DVDs, Tapes/Records | 75.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, Watch, Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Anticipated 2012 Federal & State Income Tax | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 Chevrolet HHR | 6,519.00 | 0.00 | | 0.00 | FA |
| 9 | 2006 Chevrolet Cobalt | 5,124.00 | 0.00 | | 0.00 | FA |
| 10 | Personal Injury Claim of Debtor  (u)<br>   See Amended Schedules B and C filed April 22,<br>2015.<br>See Order to Compromise Controversy entered April<br>6, 2015. | 70,000.00 | 165,000.00 | | 180,000.00 | FA |
| 11 | Term Life Insurance - No Cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| **11** | **Assets**    Totals (Excluding unknown values) | **$224,471.00** | **$165,000.00** | | **$180,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     May 11, 2015

**Current Projected Date Of Final Report (TFR):**     May 11, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-84563-TML
**Case Name:** PASILLAS, HUMBERTO EDUARDO
GUTIERREZ-PASILLAS, DOLORES KATHERI
**Taxpayer ID #:** **-***8019
**Period Ending:** 11/05/15

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******0566 - Checking Account
**Blanket Bond:** $8,842,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/22/15 | | CDL Yaz QSF | Settlement Proceeds pursuant to Order to Compromise Controversy entered April 6, 2015 | | 100,365.82 | | 100,365.82 |
| | {10} | | Gross Settlement Amount            180,000.00 | 1242-000 | | | 100,365.82 |
| | | | MDL Fee Assessment 4%            -7,200.00 | 3210-600 | | | 100,365.82 |
| | | | Attorney's Fees 36%            -64,800.00 | 3210-600 | | | 100,365.82 |
| | | | Out of Pocket Expenses            -2,317.23 | 3220-610 | | | 100,365.82 |
| | | | MDL/Common Benefit Cost Assessment 2%            -3,600.00 | 3220-610 | | | 100,365.82 |
| | | | Medicaid of Illinois Lien            -1,716.95 | 4220-000 | | | 100,365.82 |
| 04/30/15 | 101 | Dolores Gutierrez-Pasillas | Debtor's claimed exemption in class action suit | 8100-002 | | 15,000.00 | 85,365.82 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.68 | 85,332.14 |
| 06/25/15 | 102 | STEPHEN G. BALSLEY | Payment of Trustee Compensation pursuant to Order Awarding Compensation & Expenses entered June 24, 2015 | 2100-000 | | 8,664.81 | 76,667.33 |
| 06/25/15 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Payment of Attorney Fees pursuant to Order Awarding Compensation and Expenses entered June 24, 2015 | 3110-000 | | 4,779.50 | 71,887.83 |
| 08/17/15 | 104 | GUTIERREZ-PASILLAS, DOLORES | Dividend paid 100.00% on $56,703.72; Claim# SURPLUS; Filed: $56,703.72; Reference: | 8200-002 | | 56,703.72 | 15,184.11 |
| 08/17/15 | 105 | Capital One Bank (USA), N.A. | Combined Check for Claims#3,4,3I,4I | | | 5,200.31 | 9,983.80 |
| | | | Dividend paid 100.00% on $4,573.49;  Claim# 3; Filed: $4,573.49            4,573.49 | 7100-000 | | | 9,983.80 |
| | | | Dividend paid 100.00% on $602.95;  Claim# 4; Filed: $602.95            602.95 | 7100-000 | | | 9,983.80 |
| | | | Dividend paid 100.00% on $21.09;  Claim# 3I; Filed: $21.09            21.09 | 7990-000 | | | 9,983.80 |
| | | | Dividend paid 100.00% on $2.78;  Claim# 4I; Filed: $2.78            2.78 | 7990-000 | | | 9,983.80 |
| 08/17/15 | 106 | Discover Bank | Combined Check for Claims#1,1I | | | 6,759.15 | 3,224.65 |
| | | | Dividend paid 100.00% on $6,728.13;  Claim# 1; Filed: $6,728.13            6,728.13 | 7100-000 | | | 3,224.65 |
| | | | Dividend paid 100.00%            31.02 | 7990-000 | | | 3,224.65 |

Subtotals :            $100,365.82            $97,141.17

{} Asset reference(s)

Printed: 11/05/2015 04:57 PM     V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-84563-TML
**Case Name:** PASILLAS, HUMBERTO EDUARDO
GUTIERREZ-PASILLAS, DOLORES KATHERI
**Taxpayer ID #:** **-***8019
**Period Ending:** 11/05/15

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******0566 - Checking Account
**Blanket Bond:** $8,842,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | on $31.02;  Claim# 1I;<br>Filed: $31.02 | | | | | |
| 08/17/15 | 107 | Portfolio Recovery Associates, LLC | Combined Check for Claims#8,8I | | | | 3,224.65 | 0.00 |
| | | | Dividend paid 100.00%<br>on $3,209.85;  Claim# 8;<br>Filed: $3,209.85 | 3,209.85 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%<br>on $14.80;  Claim# 8I;<br>Filed: $14.80 | 14.80 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 100,365.82 | 100,365.82 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 100,365.82 | 100,365.82 | |
| | | | Less: Payments to Debtors | | | | 71,703.72 | |
| | | | **NET Receipts / Disbursements** | | | $100,365.82 | $28,662.10 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0566** | 100,365.82 | 28,662.10 | 0.00 |
| | $100,365.82 | $28,662.10 | $0.00 |

{} Asset reference(s)